# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## 717 MADISON PLACE, N.W.
## WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

December 16, 2014

To: Prema Jyothi Light

Re: Appeal No. 14-1597,-1598 In re: Light

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- The required original paper copies of the faxed motions dated December 11, 2014 and December 12, 2014 were not received by the court within one business day as required by Fed. Cir. R. 25(a).

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole

Daniel O'Toole
Clerk of Court