## In The United States Court of Appeals, Federal Circuit

Prema Jyothi Light, *pro se*
12000 East 16th Avenue #301,
Aurora, CO 80010, (720) 648-4753
premajyothilight@love4truth.com

| | |
|---|---|
| Prema Jyothi Light,  )  | Case No.: 14-1598 |
|    Appellant,  ) | Re:  Trademark "SHIMMERING |
| vs.   ) | RAINFOREST" |
|   ) | |
| Trademark Trial & Appeal Board,  ) | **MOTION FOR** |
|    Appellee.   ) | **PERMISSION TO FILE** |
| _____  ) | **LATE APPELLANT'S BRIEF** |

    Appellant Light is hereby respectfully requests the Court's permission to file a late Appellant's Brief. The delay has been inadvertent, excusable, and due to circumstances beyond her control. In support of this MOTION for the requested relief, Appellant Light cites physical problems with preparation of the Brief, due to hand injuries, as she is typing her documents herself, and also an unexpected problem with the garbling of her Case Records, by the USPTO, on their website, which prevented her from having access to her USPTO Case Records online, making her preparation of the Brief more difficult.
    However, her APPELLANT'S BRIEF is now complete and ready to be filed! This has been a long-standing case, pending within the USPTO for twelve years, and Appellant hopes this Case will not be dismissed, due to a few days' inadvertent delay in filing the BRIEF. The Issues in this Case are all very valid. She efaxed MOTIONS to extend time to the Court, but hoped to be able to file the BRIEF itself along with the follow-through paper copies of the MOTIONS. Now that her APPELLANT'S BRIEF is complete and ready to file, she is hoping for this Court's permission to file it, within one week of the Court's ruling granting this MOTION, not including the holiday weekends.

### Declaration Under Penalty of Perjury

    In accord with F.R.A.P. Rule 26 (b)(5), I declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the information provided in this MOTION is true and correct, showing good cause for the relief requested.

Dated: December 17, 2014     Respectfully submitted,

                                          Prema Jyothi Light
                                          Appellant, *pro se*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby affirm that I have served or caused to be served copies of the following document, for CAFC Case No. 14-1598:

> MOTION FOR PERMISSION TO FILE
> LATE APPELLANT'S BRIEF

upon the following counsel for Appellee, by email, by mutual agreement, within one business day of the date specified hereinbelow.

> Office of the General Counsel
> United States Patent and Trademark Office
> Madison Building East, Room 10B20
> 600 Dulany Street
> Alexandria, VA 22313-1450

Dated: December 17, 2014

Respectfully submitted,

Prema Jyothi Light
Appellant, pro se