NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE PREMA JYOTHI LIGHT,**
*Appellant.*

2014-1598

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 76/293,327.

**ON MOTION**

**O R D E R**

Prema Jyothi Light moves for leave to file her opening brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Ms. Light's opening brief is due on or before January 15, 2015. No further extensions should be anticipated.

2  IN RE LIGHT

          F<small>OR THE</small> C<small>OURT</small>

          <u>/s/ Daniel E. O'Toole</u>
          Daniel E. O'Toole
          Clerk of Court

s21