# In The United States Court of Appeals, Federal Circuit

Prema Jyothi Light, *pro se*
12000 East 16th Avenue #301,
Aurora, CO 80010, (720) 648-4753
premajyothilight@love4truth.com

2015 JAN 21  PM 12: 54

US COURT
FEDERAL CIRCUIT

| | |
|---|---|
| Prema Jyothi Light, <br>     Appellant, <br> vs. <br><br> Trademark Trial & Appeal Board, <br>     Appellee. | ) Case No.: 14-1598 <br> ) "SHIMMERING RAINFOREST" <br> ) <br> ) **MOTION #3: MOTION FOR** <br> ) **HEARING TO INVESTIGATE** <br> ) **MISHANDLING OF DOCUMENTS** <br> ) |

    Appellant Light hereby calls for a Hearing to investigate mishandling of her Appellant's Brief, two other Motions, and the mishandling of this Motion for Hearing to Investigate Mishandling yesterday. On 201-01-14, she conveyed the complete Appellant's Brief [Cover page, 28 pages of introductory tables & illustrations (4 color & 2 black-&-white), 34 pages of text (including Conclusions & Relief Sought), & proof of service = 64 pages total] to messengers, who conveyed the complete Brief to the Court. She requests an Order that her Brief, which has been "locked" on PACER, be immediately "unlocked" for her inspection, so that she can see what else the Clerks have done to it. Her Brief needs to be given directly to the Judges at a Hearing, for them to receive it, exactly as filed. She requests to be allowed to get a signed Delivery Receipt, specifying the number of pages in any document received, at the time of each future filing. Someone in the Clerk's Office is trying to keep her documents from reaching the Judges as filed.

    Appellant Light requests to be allowed to "attend" the Hearing from Colorado via instant electronic video, Skype or a similar service, and to present evidence at the Hearing electronically, via email sent directly to the Judges during the Hearing, without first going through any dishonest Clerks. The Judges, with laptop computers, could still "see and hear" her, get instant responses to questions, and the entire Court session could be recorded as it happens. [See also accompanying MOTION #4 filed separately today.]

Dated: January 21, 2015

Respectfully submitted,

*P. Light*
Prema Jyothi Light
Appellant, pro se

*Light vs. TTAB, Case No. 14-1598, Trademark "SHIMMERING RAINFOREST",*
*Motion #3: Motion For Hearing to Investigate Mishandling of Documents*      1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby affirm that I have served or caused to be served copies of the following document, for CAFC Case # 14-1598, for the Trademark SHIMMERING RAINFOREST:

### MOTION #3: MOTION FOR HEARING TO INVESTIGATE MISHANDLING OF DOCUMENTS

upon the following counsel for Appellee, by email, by mutual agreement, within one business day of the date specified hereinbelow.

>Nathan Kelley, Esq.
>Thomas Casagrande, Esq.
>Christina Hieber, Esq.
>Office of the General Counsel
>United States Patent and Trademark Office
>Madison Building East, Room 10B20
>600 Dulany Street
>Alexandria, VA 22313-1450

Dated: January 21, 2014

Respectfully submitted,

Prema Jyothi Light
Appellant, pro se