# In The United States Court of Appeals, Federal Circuit

2015 JAN 21 PM 12: 55
US COURT
FEDERAL CIRCUIT

Prema Jyothi Light, *pro se*
12000 East 16th Avenue #301,
Aurora, CO 80010, (720) 648-4753
premajyothilight@love4truth.com

| | |
|---|---|
| Prema Jyothi Light, ) | Case No.: 14-1598 |
|    Appellant, ) | "SHIMMERING RAINFOREST" |
| vs. ) | |
| ) | **MOTION #4: MOTION TO EXTEND** |
| Trademark Trial & Appeal Board, ) | **TIME TO FILE APPELLANT'S** |
|    Appellee. ) | **BRIEF, TO BE FILED AT HEARING** |
| _____ ) | **ON MISHANDLING OF DOCUMENTS** |

    In this electronic age, there is no statutory barrier to allowing a long-distance Appellant to personally appear at a Hearing via instant electronic video, if this would expedite the cause of truth and justice in a Case before the Court.

    Appellant further requests that one Hearing be held for her two Cases together, # 14-1597 and # 14-1598. She requests that an afternoon Hearing Date be set between February 4 and February 13, 2015, at the Court's convenience. She will call to confirm the Hearing Date and Time. <u>She requests that the due date for the "corrected" Appellant's Briefs be extended accordingly, so that the original Briefs, and the "corrected" Briefs if needed, can be sent DIRECTLY to the Judges at the Hearing, electronically, for review along with other evidence, without being altered first or waylaid by dishonest clerks.</u> There would be no need for "corrected" Briefs if the Clerk's Office hadn't plundered the Briefs as filed. If refiled by messenger, these would just be re-plundered by the clerks again. Former Chief Judge Rader, just consulted about this, and who now HAS the true, original pdf Appellant's Briefs (if another Judge would, informally, like to see them) said he has confidence in the Clerks. But – they may have been "misguided" into Court misconduct, which would be against the law.

### Declaration Under Penalty of Perjury

    In accord with F.R.A.P. Rule 26 (b)(5), I declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the information provided in this MOTION is true and correct, and that there is excellent cause for the relief requested.

Dated: January 21, 2015         Respectfully submitted,

                                      *P. Light*
                                      Prema Jyothi Light
                                      Appellant, <u>pro se</u>

## CERTIFICATE OF SERVICE

I, the undersigned, hereby affirm that I have served or caused to be served copies of the following document, for CAFC Case # 14-1598, for the Trademark SHIMMERING RAINFOREST:

> **MOTION #4: MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF, TO BE FILED AT HEARING ON MISHANDLING OF DOCUMENTS**

upon the following counsel for Appellee, by email, by mutual agreement, within one business day of the date specified hereinbelow.

> Nathan Kelley, Esq.
> Thomas Casagrande, Esq.
> Christina Hieber, Esq.
> Office of the General Counsel
> United States Patent and Trademark Office
> Madison Building East, Room 10B20
> 600 Dulany Street
> Alexandria, VA 22313-1450

Dated: January 21, 2014

Respectfully submitted,

*P. Light* (signature)

Prema Jyothi Light
Appellant, pro se