# In The United States Court of Appeals, Federal Circuit

Prema Jyothi Light, *pro se*
12000 East 16th Avenue #301,
Aurora, CO 80010, (720) 648-4753
premajyothilight@love4truth.com

| | |
|---|---|
| Prema Jyothi Light,<br>    Appellant,<br>vs.<br><br>Trademark Trial & Appeal Board,<br>    Appellee. | ) Case No.: 14-1598<br>) "SHIMMERING RAINFOREST"<br>)<br>) **MOTION TO SET ASIDE**<br>) **DISPUTED REJECTION NOTICE**<br>) **FROM CLERKS FOR**<br>) **APPELLANT'S BRIEF** |

    Appellant Light hereby disputes the Court Clerks' Rejection Notice dated 2015-01-15 as follows:  1) With regard to attaching the TTAB Final Order to the Appellants Brief, Appellant Light (as an IFP litigant) invoked F.R.A.P. Rule 24 (5)(c) on page 2 of the Appellant's Brief, in Section VII., JURISDICTIONAL STATEMENT, stating that in accord with this Rule, she "requests permission to "attach" this Final Order to this Brief, by incorporating it herein by reference", citing it as SR-TTAB-003, in accord with the numbering system set forth in her introductory Tables, so this 20-page Order did not need to be reproduced in an Addendum to the Brief.  2) The entire 66-page Brief (composed of a Cover Page, 29 pages of introductory Tables and Illustrations [4 color and 2 black-&-white], 35 pages of text, and Proof of Service) should not be rejected simply because the Cover Page included the name of the Agency (TTAB) as well as the Appellant's name.  3) The Appellant's Brief does not contain any "footnotes". It does contain a running "footer" on each page, to identify the document, along with the page number, but a "footer" is not a "footnote", and "footers" are not addressed by the Rules. 4) The original Appellant's Brief DID include CONCLUSIONS and RELIEF SOUGHT, on pages 31-35, which were conveyed from Appellant to the messengers, and from the messengers to the Court, as can be established at the requested Hearing, so the Brief does not need to be "corrected" -- <u>it needs to be conveyed to the Judges exactly as filed</u>. There is a great need for the Hearing requested in the Motion to the Court filed on January 21, 2015.

Dated:  January 26, 2015.

                                        Respectfully submitted,

                                        *P. Light*
                                        Prema Jyothi Light
                                        Appellant, <u>pro se</u>

## CERTIFICATE OF SERVICE

I, the undersigned, hereby affirm that I have served or caused to be served copies of the following document, for CAFC Case # 14-1598, for the Trademark SHIMMERING RAINFOREST:

### MOTION TO SET ASIDE DISPUTED REJECTION NOTICE FROM CLERKS FOR APPELLANT'S BRIEF

upon the following counsel for Appellee, by email, by mutual agreement, within one business day of the date specified hereinbelow.

>Nathan Kelley, Esq.
>Thomas Casagrande, Esq.
>Christina Hieber, Esq.
>Office of the General Counsel
>United States Patent and Trademark Office
>Madison Building East, Room 10B20
>600 Dulany Street
>Alexandria, VA 22313-1450

Dated: January 26, 2014

Respectfully submitted,

Prema Jyothi Light
Appellant, pro se