# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| IN RE: PREMA JYOTHI LIGHT | Appeal No. 2014-1598 |

## MOTION TO ENLARGE THE TIME
## FOR FILING THE DIRECTOR'S BRIEF

The Director of the United States Patent and Trademark Office, pursuant to Fed. Cir. R. 26, requests that the time for filing the Director's brief, now due February 27, 2015, be extended forty-two (42) days to April 10, 2015. This is the first enlargement of time requested by the Director.

The Director needs the requested extra time to prepare the agency's response due to the heavy workload of the Solicitor's Office, competing deadlines in other litigation matters to which the Associate Solicitors working on this appeal are assigned, and the need to ensure the brief is properly reviewed before filing. Moreover, the appeal brief of the Appellant, Prema Jyothi Light, was rejected by the Court, and several motions she has filed regarding her brief and other subjects remain pending before the Court. Thus, the Director also requests an extension of time to file her brief because there is not yet a blue brief accepted for filing in this case to which the Director can respond.

The undersigned Associate Solicitor contacted Ms. Light both by telephone and email on February 18, 19, and 20, 2015 to notify Ms. Light of the requested extension and to ask whether she would oppose this motion. As of the time of finalizing this motion for filing on February 20, 2015, the undersigned has not received a response from Ms. Light.

A declaration and proposed Order accompany this Motion.

Respectfully submitted,

February 20, 2015

/s/Christina J. Hieber
NATHAN K. KELLEY
Solicitor

CHRISTINA J. HIEBER
THOMAS L. CASAGRANDE
Associate Solicitors
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313-1450
(571) 272-9035

*Attorneys for the Director of the United States Patent and Trademark Office*

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| IN RE: PREMA JYOTHI LIGHT | Appeal No. 2014-1598 |

**DECLARATION IN SUPPORT OF MOTION
TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF**

1. I am the primary attorney assigned to work on this case.

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(5) and in support of the Director's unopposed motion to enlarge the time for filing the Director's brief.

3. I believe good cause exists for the extension. Due to the heavy workload of the Solicitor's Office and competing deadlines in other litigation matters to which the Associate Solicitors working on this appeal are assigned, this Office needs additional time to complete the Director's brief and have it properly reviewed prior to filing. Moreover, the appeal brief of the Appellant, Prema Jyothi Light, was rejected by the Court, and several motions she has filed regarding her brief and other subjects remain pending before the Court. Thus, there is not yet a blue brief accepted for filing in this case to which the Director can respond.

4. I contacted Ms. Light regarding this requested extension by phone and email on February 18, 19, and 20, 2015. I was unable to reach Ms. Light at the phone number she previously provided and as of 5pm on February 20, 2015, I have not received a response to the email messages I sent her.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

February 20, 2015            /s/Christina J. Hieber
                              Christina J. Hieber
                              Associate Solicitor

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| IN RE: PREMA JYOTHI LIGHT | Appeal No. 2014-1598 |
|---|---|

## **O R D E R**

Upon consideration of the MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF, it is hereby ORDERED that the Director's motion is <u>granted</u>, and that the time for filing the Director's brief is extended forty-two (42) additional days, making the brief due on or before April 10, 2015.

FOR THE COURT

Date:_____          _____
                              ADMIRAL DANIEL E. O'TOOLE
                              Clerk
                              *United States Court of Appeals*
                              *for the Federal Circuit*

cc:   Nathan K. Kelley
      Solicitor
      Mail Stop 8, P.O. Box 1450
      Alexandria, Virginia 22313-1450

      Prema Jyothi Light (Appellant)
      12000 E. 16th Ave.
      #301
      Aurora, CO 80010

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, I electronically filed the foregoing MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF, DECLARATION IN SUPPORT OF MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF, and PROPOSED ORDER with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012).

/s/Christina J. Hieber
Christina J. Hieber
Associate Solicitor