NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: PREMA JYOTHI LIGHT,**
*Appellant*

2014-1597

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 76/293,326.

---

**In re: PREMA JYOTHI LIGHT,**
*Appellant*

2014-1598

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 76/293,327.

**ON MOTION**

Per Curiam.

**O R D E R**

The appellant moves for various relief concerning her briefs which were previously rejected as not complying with requirements for formal briefs. The appellant also moves for an extension of time to file her opening briefs.

The appellant attempted to file formal briefs which were rejected by the court for failure to meet certain requirements of the rules. On March 12, 2015, this court denied the appellant's various motions concerning the rejected briefs and allowed her to file corrected briefs or informal briefs.

Upon review of the appellants' various concerns, the court deems it the better course to waive the noted deficiencies in her briefs and accept them for filing. We request that the appellee attach to the appellee's briefs copies of the decisions on review and file the appendices in these cases.

Accordingly,

IT IS ORDERED THAT:

(1) The appellant's briefs are accepted for filing. The appellee should calculate the due date for her briefs from the date of this order, and should attach a copy of the decisions on review. We also request that the appellee file the appendices in these cases. Fed. Cir. R. 30(e).

(2) The appellant's motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court